IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNY GLEN MATTINGLY, | ) |
| Plaintiff, | ) |
| vs. | ) 2:06-cv-00387-PWG |
| TED WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 18, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff filed objections to the report and recommendation on May 1, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 2nd day of June 2006.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE